In The
*Court of Appeals*
*Ninth District of Texas at Beaumont*
**NO. 09-23-00164-CV**
**IN THE INTEREST OF J.A.G.**

**On Appeal from the 75th District Court**
**Liberty County, Texas**
**Trial Cause No. 23DC-CV-00146**

**MEMORANDUM OPINION**

Appellant, J.G. Jr.,[1] filed a notice of appeal on May 26, 2023, from an order in a suit affecting the parent-child relationship. Despite written notice from this Court and an opportunity to cure, to date, Appellant has neither established indigence nor paid the filing fee for the appeal. *See* Tex. R. App. P. 5, 20.1. We notified the parties that the appeal would be dismissed unless the filing fee was paid. Appellant did not respond to the Court's notice.

---

[1] We refer to the appellant by his initials. *See* Tex. Fam. Code Ann. § 109.002(d).

1

Appellant did not file a statement of inability to pay costs and has not shown that he is entitled to proceed without payment of costs. *See* Tex. R. App. P. 20.1. Furthermore, Appellant failed to comply with a notice from the Clerk of the Court requiring a response within a specified time. *See* Tex. R. App. P. 42.3(c). There being no satisfactory explanation for the failure to pay the filing fee for the appeal, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b), 42.3(c).

APPEAL DISMISSED.

PER CURIAM

Submitted on October 11, 2023
Opinion Delivered October 12, 2023

Before Horton, Johnson and Wright, JJ.